

FILED
DISTRICT COURT OF GUAM
JUN - 8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

KING TAT PHILIP NG,

Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,

Plaintiff-Respondent.

Criminal Case No. 98-00037

Civil Case No. 05-00016

ORDER

This matter comes before the Court on Petitioner's motion under FED. R. CIV. P. 60(b)(6).[1] Upon review of the pleading, the Court notes that the petitioner is attempting to collaterally attack his sentence of imprisonment imposed by Judge John S. Unpingco on June 19, 1998, citing the case of *Blakely v. Washington*, 124 S. Ct. 2531 (2004) as a basis. The Court will "liberally construe" petitioner's filing based on review of the law cited, types of relief requested and the plain language contained therein. In review of the relevant sections of FED. R. CIV. P. 60(b)(6), the Court finds that the petitioner's motion is not properly brought since motion's pursuant to this section can only be brought as a result of a judgment rendered in a civil case. The Petitioner is appealing a judgment in a criminal action. As such, said rule does not supply plaintiff with a valid form of post-conviction relief. Accordingly the pleading shall be construed and ruled upon pursuant to the applicable case law controlling the relief sought under 28 U.S.C. § 2255.

---

[1] The motion is entitled "Motion for Relief from Judgment Pursuant to FED. R. CV. P. Rule 60(b)(6)." *See* Docket No. 35.

As such, this is Petitioner's second motion for § 2255 relief,[2] yet Petitioner has not received certification from the Ninth Circuit to file a second motion. Therefore, this Court lacks jurisdiction to consider the present motion per 28 U.S.C. § 2255. Petitioner is advised to seek authorization from the Ninth Circuit to file a second motion pursuant to § 2255.

IT IS THEREBY ORDERED that Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is DISMISSED.

SO ORDERED this 8 day of June, 2005.

RICARDO S. MARTINEZ[*]
United States District Judge

Notice is hereby given that this document was entered on the docket on 6-8-05.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: Marilyn B. Alcon  6-8-05
Deputy Clerk / Date

---

[2] Plaintiff's first petition under § 2255 was filed on January 16, 2001 and was subsequently denied in two separate orders on January 11, 2002 and on April 3, 2002. A subsequent request to the Ninth Circuit, by Petitioner to appeal that decision was denied on November 27, 2002. See Docket Nos. 25, 29, 31 and 34, respectively.

[*] The Honorable Ricardo S. Martinez, United States District Judge for Western Washington, by designation.